IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.   13-cv-00981-WYD-MEH      Date:   April 7, 2014
Courtroom Deputy: Cathy Pearson      **FTR – Courtroom A501**

MALIBU MEDIA, LLC,      Jason Kotzker

    Plaintiff,

vs.

MARCIE RAMIREZ,

    Defendant.

### *AMENDED* COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**    10:42 a.m.

Court calls case.   Appearance of counsel for Plaintiff.   Defendant is not present.

Discussion held regarding Defendant's absence from this hearing and Mr. Kotzker's contact with Defendant.

The Court makes findings *and deems Plaintiff's Motion to Compel Defendant's Discovery Responses (Doc. 36, filed 2/18/14) confessed by the defendant*.

*ORDERED:*    *Plaintiff's Motion to Compel Defendant's Discovery Responses (Doc. 36, filed 2/18/14) is GRANTED as stated on the record.*

By separate order, the Court will issue an Order to Show Cause returnable by Plaintiff on or before April 21, 2014, stating why default judgment should not be entered against her for failure to appear.

**Court in recess:**    10:46 a.m.   (Hearing concluded)
**Total time in court:**   0:04

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.