# RESPONSE TO SHOW CAUSE

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 APR 22 PM 4: 44

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

**US District Court**
**District of Colorado**

**Case Name:** Malibu Media, LLC v. Ramirez
**Case Number:** 1:13-cv-00981-WYD-MEH

I am the Defendant in this action.

### I am responding to the following order:

Docket Text:
ORDER TO SHOW CAUSE: returnable be Defendant to show cause why entry of default should not be entered for failure to defend this action. Show cause response due by 4/22/2014. By Magistrate Judge Michael E. Hegarty on 4/8/2014. (cpear)

### Electronically filed on:

4/08/2014 (Document Number: 44)

### Reason why entry of default should not be entered for failure to defend this action:

Though I have attempted to open, read, and keep track of all documents related to this case, I do not recall receiving anything regarding a court date on 4/07/2014. I sincerely apologize for wasting the court's and plaintiff's time. Rather than an entry of default, I humbly request an extension of four to six weeks, which will allow time to hire an attorney to represent me in this case.

Signed:                                                    Dated:

[signature]                                                4/22/14

Marcie Ramirez
11941 Irma Drive
Northglenn, CO 80233
720-363-9016

Copy has been emailed by the filer to:

Jason Kotzker – jason@klgip.com on 4/22/2014