IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00981-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

MARCIE RAMIREZ,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed August 19, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 49) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

      Dated:  August 20, 2014

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge